UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Darryl Brodie | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 15-19066JKF |

## MOTION TO RECONSIDER DISMISSAL AND REINSTATE BANKRUPTCY CASE

The Debtor hereby respectfully requests this Honorable Court to reconsider its Order dismissing the Debtor's Chapter 13 Bankruptcy, and avers the following:

1. The Debtor filed the instant Chapter 13 Bankruptcy on or about December 21st, 2015.

2. Said Bankruptcy was issued case number 15-10966JKF.

3. On or about June 23rd, 2016 this Honorable Court Confirmed Debtor's Chapter 13 Plan.

4. On or about June 22nd, 2017 this Honorable Court entered an Order modifying Debtor's chapter 13 Plan.

5. Due to an oversight, on or about July 20th, the Trustee recommended the case be dismissed, and said case was dismissed.

6. Debtor's Attorney subsequently contacted the Chapter 13 Trustee, and he indicated he would not oppose the reinstatement of the Bankruptcy case.

7. The Debtor is highly desirous of completing his Chapter 13 Plan and receiving a Discharge.

8. The Debtor believes that if this Honorable Court were to reconsider its Order dismissing his case and reinstate it, that he will continue to remain current on his Trustee Plan payments and successfully complete her Chapter 13 Plan.

WHEREFORE, the Debtor humbly requests that this Court reconsider its Order dismissing the instant Chapter 13 Bankruptcy, and reinstate the Debtor's Bankruptcy case.

Dated: July 25, 2017

/s/Brad J. Sadek, Esq
Brad J. Sadek, Esq.
Attorney for Debtor
Sadek and Cooper
1315 Walnut Street, #502
Philadelphia, PA 19107
215-545-0008