**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re DARRYL BRODIE

      **Debtor**　　　　　　　　　　　　**BankruptcyNo: 15-19066ELF**

**COMPLETION OF PAYMENTS UNDER THE PLAN**

    Pursuant to Federal Bankruptcy Rule 3002.1(f), William C. Miller, Chapter 13 standing trustee, hereby gives notice that the debtor(s) in this matter ("debtor") has completed all payments required to cure the default in the claim filed by the following creditor, and this claim has been paid in full:

Creditor: WELLS FARGO BANK N.A.

                                                                     CLAIM NUMBER #9

    Within 21 days of the service of this Notice, in accordance with Federal Bankruptcy Rule 3002.1(g), a creditor holding a claim secured by a security interest in the principal residence of debtor shall file and serve on debtor, counsel for debtor, and the standing trustee, a statement indicating whether
(1) it agrees that debtor has paid in full the amount required to cure the default on the claim, and (2) debtor is otherwise current on all payments consistent with 11 U.S.C.§1322(b)(5). The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).

                                                              Respectfully submitted,

                                                              /s/ William C. Miller
                                                              William C. Miller, Esquire
                                                              Chapter 13 Standing Trustee
                                                               P.O. Box 1229
                                                               Philadelphia, PA 19105
                                                               215-627-1377

Dated        03/17/2021